74 A.3d 925

## IN THE MATTER OF ROBERT J. BERNOT, AN ATTORNEY AT LAW (ATTORNEY NO. 00871982).

October 4, 2013.

### ORDER

This matter having been duly presented on the motion for reinstatement to practice filed by **ROBERT J. BERNOT,** who was admitted to the bar of this State in 1982, and who has been temporarily suspended from the practice of law since May 3, 2013;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative and actual costs assessed in DRB 11–371;

And good cause appearing;

It is ORDERED that the motion is granted, and **ROBERT J. BERNOT** is reinstated to the practice of law, effective immediately.